# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

FILED
2007 NOV -9 P 2: 30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Joel FERNANDEZ-Mazariego
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-70676 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, **November 2, 2007**, in **Santa Clara County** in the **Northern** District of **California** defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
 *Official Title*
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
 ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11/9/07 at San Jose, California
Date                                                          City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer

RE:    FERNANDEZ-Mazariego, Joel A43 196 673

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)    Mr. FERNANDEZ-Mazariego is a 32-year-old male who has used six (6) aliases and two (2) dates of birth in the past.

(2)    Mr. FERNANDEZ-Mazariego has been assigned one (1) Alien Registration number of A43 196 673, FBI number of 295490XA9, California Criminal Information Index number of A10943038, and a Santa Clara County Personal File Number of DJT527.

(3)    Mr. FERNANDEZ-Mazariego is a native of El Salvador and a citizen of El Salvador since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
|---|---|
| December 12, 2001 | Chandler, Arizona Williams Gateway Airport |

(4)    Mr. FERNANDEZ-Mazariego last entered the United States at or near unknown location on or after December 12, 2001, by crossing the international border without inspection subsequent to deportation.

(5)    Mr. FERNANDEZ-Mazariego on a date unknown, but no later than November 2, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On November 5, 2007, Mr. FERNANDEZ-Mazariego was interviewed by Immigration Enforcement Agent (IEA) John Ramirez at the Santa Clara County Main Jail, San Jose, CA, and during that interview, Mr. FERNANDEZ-Mazariego was advised of his **Miranda** rights in English. Mr. FERNANDEZ-Mazariego waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   FERNANDEZ-Mazariego, Joel A43 196 673

(6)   Mr. FERNANDEZ-Mazariego was, on November 4, 1998, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ASSAULT WITH INTENT TO COMMIT A FELONY, RAPE, an aggravated felony, in violation of Section 220 of the California Penal Code, and was sentenced to six (6) years in prison.

(7)   On the basis of the above information, there is probable cause to believe that Mr. FERNANDEZ-Mazariego illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___9___ day of ___Nov___, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE